## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NANCY PEREZ, ET AL. ON BEHALF OF HERSELF AND ALL OTHER PLAINTIFFS SIMILARLY SITUATED,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CERMACK HOSPITALITY, INC. AND EDUARDO RODRIGUEZ,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.: 2015-CV-8662<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs, NANCY PEREZ, KARLA CARDENAS, ANGEL CARDENAS, JORGE ALBERTO PEREZ-PINEDA, MARCO REYNOSO ISRAEL GUZMAN BUSTMANTE, ALEJANDRO QUEZADA, and Defendants, CERMACK HOSPITALITY, INC. AND EDUARDO RODRIGUEZ, by and through their respective attorneys, stipulate that this matter shall be dismissed in its entirety, without prejudice, with each party incurring its own attorneys' fees and costs. On June 16, 2017, absent a motion by either party to reinstate, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Dated: Friday, March 24, 2017

By: /s/ Valentin Narvaez　　　　　　　　　　By: /s/ Abad Lopez

ATTORNEYS FOR PLAINTIFFS:　　　　　　　ATTORNEYS FOR DEFENDANTS:

Valentin Narvaez　　　　　　　　　　　　　Abad Lopez
The Consumer Law Group　　　　　　　　　DYKEMA, PLLC
6232 N. Pulaski Dr., Suite. 200　　　　　　　10 S. Wacker, Suite 2300
Chicago, IL 60646　　　　　　　　　　　　Chicago, IL 60606
vnarvaez@yourclg.com　　　　　　　　　　alopez@dykema.com